# EXHIBIT "A"

| | |
|---|---|
| **From:** | Dave Bourne |
| **To:** | dmoran@co.augusta.va.us |
| **Subject:** | FW: Nexus |
| **Date:** | Thursday, January 28, 2016 4:50:45 PM |
| **Attachments:** | BAIL AGENT - ZIMMERMANS BONDING.pdf |
| | RECOGNIZANCE - ███████████ |
| | RECOGNIZANCE ██████████████ |
| | HAGEL - EMAIL NEXUS.pdf |
| | 6VAC20-250-260 - SOLICITATION OF BUSINESS.pdf |

Don,

Please see the preceding email which may offer you some insight on Nexus. I rafted this to open discussions with the guys in Baltimore and thought you might want to read it as well.

Best,

*David L. Bourne*

David L. Bourne, General Agent

(Office) 540-886-5447 (Mobile) ███████████

(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

**From:** Dave Bourne [mailto:dave@1800forbail.com]
**Sent:** Thursday, January 28, 2016 10:44 AM
**To:** Randy Parton (RParton@lexingtonnational.com) <RParton@lexingtonnational.com>
**Cc:** 'Ronald A. Frank' <RFrank@lexingtonnational.com>; Nick Wachinski <NWachinski@lexingtonnational.com>; MARK HOLSCHNEIDER (mholtschneider@lexingtonnational.com) <mholtschneider@lexingtonnational.com>
**Subject:** Nexus

All,

Over the weekend we learned that Nexus made an appearance at the Middle River Regional Jail (MRRJ) located in Augusta county, which is where our office is located. We are working on confirming the identity of one of the people present, but the other one was definitely David Schneider, of Zimmerman Bail Bonds, out of Richmond, Virginia (card and bond license verification attached). They posted bail in the amount of $10,000.00 for ████████ ██████ (recognizance attached), with fees being paid by Nexus and without an indemnitor. While they were there they also bonded a girl by the name of ████████████ in the amount of $2,000.00 (recognizance attached) also without the fee or an indemnitor. We had been working with both clients on trying to get 7% down. Neither of the clients made direct contact to have their bonds posted by Zimmerman's.

Deputy Sheriff Don Moran, assigned to the FBI task force, also a former agent of ours, has contacted us in reference to the undertakings of Nexus and advised that the Sheriff was rather concerned with what they are doing and wanted him to look into it. I have provided him with all of this documentation as well as the background element on Mike Donovan and Richard Moore and after some further probing, the FBI <u>may</u> launch an investigation.

Back to our former client ██████████, I first talked with his son ██████, who advised that a female friend of his father gave him the number for Nexus (540-292-2321) because they get people out of jail for free. He called the number and talked to a female and gave her the rundown. She advised that the bondsman would call him within a few minutes. Shortly thereafter, he received a call from David Schneider of Zimmerman's Bail Bonds, who advised he would do the bond at no cost but it would take a while for him to get there because he was coming from Richmond. ████████████, at the jail, told Schneider that he usually worked with us and wanted to know how much he had to pay that day to make this happen and how long he would have to pay the balance? Schneider replied "you don't owe a thing, it's all taken care of through a government grant." This got the attention of the Pre-trial services worker (according to ██████████ who happened to be there and she took several of his cards and stated that it just didn't seem right that he would travel from Richmond and bond two people out, not collect any money, or have anyone acquainted them to sign for them, and she was going to look into it. The Jail officers were also puzzled by it as they had never heard of such a thing. Schneider allegedly said that it was grant funded and he was on salary and he got paid regardless if the defendant went to court or not. ████████ also told me that he walked out with Schneider and he was in a vehicle with "government plates" and he reiterated that it was taken care of with a government grant. ████████ is concerned because you don't get something for nothing and he is afraid that he may be contacted later and asked to do something in return. I was originally thinking that he was going to be required to wear and pay for a monitor as well as an enormous fee for the bond on an installment plan, but I was totally off base. The only requirement is for him to check in at their Harrisonburg or Verona office, one time per week. That was again confirmed by my son last night as he talked with officer Costello from MRRJ, who was present at the time the bonds took place. He advised Tyler that Schneider told him that the people have to qualify for the bonds and it was a "charity." ████████ could have been confused by the language, maybe the bondsman said charity to him as well, which is most likely the case. With all that being said I have some questions?

If there is no rain, the creek dries up. We know that they gave away 3 shopping sprees in December for $1,000 each to families in the area and gained a lot of exposure doing it. 3,000 is an easy investment for that much attention. However they also Gave away a new house to an area family, a much larger investment. Before all of that, they purchased an entire industrial park near my office for 22 million. All of that demonstrates the water flowing through the creek, where is the rain that feeds the pond from which the water flows?

How do you keep the capital flowing if you're in the business of giving away money?

If you're legitimate and paying a bondsman to post bail for you, why wouldn't you use a local guy to cut your costs? Why pay a property bondsman to come from Richmond?

In addition, why would you have a lawyer on staff getting state bail legislation passed such as making it possible to get a bail piece release from a magistrate rather than a clerk of court?

That's a good thing, but if you are not in the bail business, why bother investing the money in legislation that benefits bail bondsmen? (Email attached)

**In the Virginia code 6VAC20-250-260 (A) Only a licensed bail bondsman shall be authorized to solicit bail bond business in the Commonwealth. It may be a gray area, but they are soliciting and awarding the business to Zimmerman's.** Should we seek an injunction keeping them from calling a bondsman as well a court order requiring them have the defendant choose their own bondsman? If it's a legal charity, the local bondsman will get the business.

A government grant doesn't make sense and there are many government vehicles at the jail so maybe ▮▮▮▮▮▮ was confused about the government plate. Why would the government use grant money to pay a bail bondsman when they already have a pre-trial release program that could get the defendants released on PR?

I have never heard of a charity that pays a bondsman to get people out of jail and I've never heard of a bondsman getting people out of jail without some background information on the defendant or an indemnitor.

Someone has to be guaranteeing payment of the forfeiture because the bondsman's signature is on the recognizance and the judge isn't going to care if it was for charity or not. I just can't see a bondsman taking the risk without a guarantor. The jail officers are telling us that this guy had no paper work. They said "you guys come in here with a ton of paperwork and this guy shows up with nothing." It's like he was there posting a transfer bond.

To make these particular bonds even more interesting, we all felt the impact of the storm over the weekend. The bondsman drove from Richmond. Charity or not that's 90 miles, in one of the worst snow storms in history. The incentive had to be big in order to create that desire.

Calling it a charity is the only thing that makes sense because I can't imagine the government awarding a grant for this purpose. But where is the "charity" money coming from? What is the return?

I think it is one of three things.

**1)** Money Laundering - if partnering with a property bondsman, you can eliminate the cost of the premium and build-up fund paid up the ladder, thereby reducing the costs of doing the laundry. This would increase the amount available to cover part of the bondsman's cut for cleaning up the money.

**2)** If they are actually operating on a government grant, is the government trying to increase the failure rate of bondsman getting people to court throughout the country thereby paving the way for the expansion of the federal government's pre-trial release program? Doubtful.

**3)** Could they be attempting to increase the FTA rate of defendants released by bondsmen, that are not on monitors, versus those defendants that are on monitors in order to provide statistical success rate to substantiate the expansion of electronic monitoring throughout the country?

The whole thing smells real bad and could take our business down the drain really fast. I was

told by another bail agent that Zimmerman's got 13 defendants out in Harrisonburg several months ago in the same fashion they did over the weekend at MRRJ. The bondsman is most likely inflating the numbers, but I imagine they did get some. We are now getting phone calls where the caller is asking if we are the company that gets people out for free. Nexus has a new ad running on television (trying to get a copy) indicating "if you don't have the money for bail call us." The word is spreading quickly.

The Sheriff has been made aware of Donovan's criminal history and provided the proof. There are eleven felony convictions on him and with that kind of record in his past, there is most likely fraudulent activity going on.  I haven't seen much of Richard Moore. There is a new guy on the ads which goes by the name of Evan Ajin, Vice president,  I don't have his vitals "yet" so I can't get his records at this time.

None of us can compete with free bail, and the results of free bail, will hurt us all in the end. I will keep you posted on further events and if you have any thoughts or suggestions I would like to hear them.


*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ███████████
(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "B"

**From:**      Dave Bourne
**To:**        dmoran@co.augusta.va.us
**Subject:**   Nexus
**Date:**      Thursday, January 28, 2016 5:23:45 PM

Don,

Please take a minute and check out this link http://www.nexusgives.com/ This was their nomination process. Turns out that the home they give away isn't actually given away. They only give it to them for 4 years rent free. Could someone then deposit dirty money into an account and claim it as rental income to clean the money up? Rent isn't deductible so the people living there wouldn't be deducting on their taxes, who would know?

*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ██████████
(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "C"

**From:**       Dave Bourne
**To:**          dmoran@co.augusta.va.us
**Subject:**   NEXUS
**Date:**       Friday, January 29, 2016 2:12:32 PM

Don,

      Please see the two links below. The first one is the arrest of the two bounty hunters in Richmond that work for Schneider. The second one is an article about Nexus profiting from Immigration bail with electronic monitors. ICE states that it is perfectly legal to put them on monitors but what is interesting is if you read on they say that Nexus isn't connected to a bail bond company that gets them out.

http://wtvr.com/2015/09/28/2-men-charged-with-possession-of-a-firearm-on-school-property-in-henrico-county/

http://americasvoice.org/blog/profiting-from-immigrants-bail-bond-company-charges-420-a-month-for-a-gps-ankle-bracelet/

*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ███████████
(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "D"

**From:**       Dave Bourne
**To:**         dmoran@co.augusta.va.us
**Subject:**    Nexus
**Date:**       Friday, February 05, 2016 4:35:14 PM

Don,

See the link below. The whole article is interesting but see paragraph 2.

http://www.whsv.com/home/headlines/GPS-Bracelets-Allow--163777136.html

*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ████████
(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential. It is intended for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

Case 5:16-cv-00035-EKD-JCH Document 1-1 Filed 06/06/16 Page 12 of 57 Pageid#: 60

# GPS Bracelets Could Help Jail Overcrowding and Save Tax Money



*By Amelia Nahmias* | Posted: Wed 6:48 PM, Jul 25, 2012 | Updated: Wed 7:16 PM, Jul 25, 2012

HARRISONBURG, Va -- GPS tracking bracelets are not a common sight in the Valley. We have all heard of celebrities, like Lindsay Lohan, wearing these and now Rudy Dean in the Valley is wearing one. If these GPS bracelets were to take off here, it might be something we would need to get more used to seeing.

Mike Donovan at Nexus Programs specializes in GPS monitoring systems for pre-trial defendants. If an inmate cannot afford to pay bond, Nexus will cover the fee as long as the defendant wears a GPS device.

"When they get out, we will put them on a tracking bracelet," said Donovan. "They are responsible for the cost. Instead of the tax payers paying $60 to $70 a day, the defendant pays $10 or $11."

This system will track the person 24 hours a day, 365 days a year and I will keep track of where they go, how fast, and when. Any restrictions ruled by the judge can be easily monitored.

"The banding of the bracelet has stainless steal rivets. That make it so it cannot be cut off. If you are using a professional metal cutter, it will take about 30 minutes to cut through the entire bracelet, and the moment that you initially start cutting the authorities are notified. So, the bracelet, as far as GPS tracking devices go, is one of the most secure in making sure that people can't remove it or tamper with it."

Cindy Carr is the spokeswoman for Dean and she said this bracelet is something she hopes more people will use. She said that Dean is trying to get his life back together.

"You can never get back the six months that you sit in jail without bond, but at least he didn't have to add to that," said Carr.

The use of this device could greatly reduce jail overcrowding as well as tax money, since the bracelets are fully funded by the defendant.

"Ten or eleven-dollars sounds expensive, but think about it, that's one or two working hours a day," said Donovan. "So, instead of sitting in jail and doing nothing, a person can come out get to work and be a more productive member of society."

Rockingham County Sheriff Bryan Hutcheson said it is not something that they are planning on implementing. It would be up to the judge whether this becomes more popular in the Valley.

Donovan said he hopes to have at least 20 more pre-trial inmates out on bond this year and using this GPS tracking bracelet.

Follow Amelia Nahmias on Facebook.

---

*Comments are posted from viewers like you and do not always reflect the views of this station.*

10 Comments     WHSV                                         Login ▾

❤ Recommend   1          ⤴ Share                                    Sort by Best ▾



        Join the discussion…

   Guest • 4 years ago
        *
        Again! More tax payer money wasted on criminals who don't care and think that being in jail
        is better than out serving their community. Make them do hard time and not a slap on the     
        wrist because that's a slap in our face. They should be paying us to be put in jail!!!!!!!!!!!!!!!!
        3 ∧  |  ∨ • Reply • Share ›

            anniepearl ➔ Guest • 4 years ago
            you should go back and watch the video again.  this is a DEFENDANT FUNDED
            program.. Not a penny from the state or taxpayers.....
            1 ∧  |  ∨ • Reply • Share ›

        anniepearl • 4 years ago
        Wow, this is pretty cool, and the best part is its all offender funded!!  No more draining the
        pockets of the taxpayer!!!!  Thats where the money needs to come from!!
        This is a WIN WIN for everyone......
        2 ∧  |  ∨ • Reply • Share ›

# EXHIBIT "E"

| | |
|---|---|
| **From:** | Dave Bourne |
| **To:** | Don Moran |
| **Subject:** | Re: Nexus |
| **Date:** | Friday, February 05, 2016 6:52:43 PM |

Yeah like I said a felony case averages about 16 months before final disposition. That's almost $8000.

Now I know why Nagel got the legislation passed to allow the magistrates to issue Surety's Capias. When someone don't pay the fee or attempts to cut the monitor off, they can apprehend them and get the paper right away and lock them up.

David L. Bourne, General Agent
1-800-FOR-BAIL.com
(Office) 540-886-5447
(Mobile) ███████████
(Facsimile) 540-886-5449

The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, disseminatin, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

On Feb 5, 2016, at 5:11 PM, Don Moran <dmoran@co.augusta.va.us> wrote:

> seems their using the gps to off set not paying the fee..
> On Feb 5, 2016, at 4:34 PM, Dave Bourne
>  <dave@1800forbail.com<mailto:dave@1800forbail.com>> wrote:
> Don,
> See the link below. The whole article is interesting but see paragraph 2.
> http://www.whsv.com/home/headlines/GPS-Bracelets-Allow--163777136.html
> David L. Bourne
> David L. Bourne, General Agent
> (Office) 540-886-5447 (Mobile) ███████████
> (Facsimile) 540-886-5449
> <image001.jpg>
> The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "F"

| From: | Dave Pastors |
|---|---|
| To: | Timothy Martin; Alexandra Meador |
| Cc: | Luther J. Hite; Samantha L. Honig; Debbie Walker; Dave Pastors |
| Subject: | Bond Appeal - ████ █ |
| Date: | Friday, February 05, 2016 3:34:42 PM |
| Attachments: | image001.png |
| | image003.png |

Hey Tim and Alex….

The attorneys involved in this case and the individuals who were accompanying them are associated with Nexus Programs, a local group who is involved in supplying GPS tracking equipment for illegal immigrants who are required to be tracked by the Federal Immigration folks.  See link below…it is helpful to read the comment section at the bottom.  One of them was Mike Donovan.

They are trying to expand their services beyond their federal contract.  Mike Donovan who says he is the co-owner, is the former spokesperson for the Virginia Bail Bondsmen.  He was involved in introducing legislation in 2008 and subsequent years to limit pretrial programs in Virginia in order to boost bail bondmen income.  The more defendants released to pretrial on PR bonds, the less income for bail bondsmen.  Donovan lost his bail bondsmen license several years ago due to several felony convictions for financial crimes and now has reinvented himself in this GPS business.  He served time and then was on probation in the Rockingham County area.

How they make their money is they have their surety company cover the bail for defendants and then they require them to be on GPS at a daily fee.  One of the problems is that they are not concerned about the risk of the defendant, just having someone out to pay them a daily fee.  I'll be glad to slip over to chat, but I would be cautious of their operation.

Best,

Dave

http://www.whsv.com/home/headlines/GPS-Bracelets-Allow--163777136.html


David T. Pastors, Director
Blue Ridge Court Services
White Star Mill
125 South New Street
Staunton, VA  24401

540-886-1008, Ext. 4208
pastorsdt@ci.staunton.va.us


**From:** Timothy Martin [mailto:tmartin@co.augusta.va.us]
**Sent:** Friday, February 05, 2016 2:45 PM
**To:** Alexandra Meador <ameador@co.augusta.va.us>

**Cc:** Dave Pastors <PastorsDT@ci.staunton.va.us>
**Subject:** RE: Bond Appeal - J███ D█

Alex,

Please contact Dave Pastors about the attorneys you're dealing with on this one.  Thanks.

Tim

---

**From:** Ashleigh Simmons
**Sent:** Friday, February 05, 2016 1:13 PM
**To:** Alexandra Meador <ameador@co.augusta.va.us>
**Cc:** Julie Hawkins <jhawkins@co.augusta.va.us>; Patty Campbell <pcampbell@co.augusta.va.us>; ASimmons@courts.state.va.us; Timothy Martin <tmartin@co.augusta.va.us>
**Subject:** Bond Appeal - J███ D█

Ladies,

          A bond appeal has been set in Circuit Court for Thursday, February 11, 2016 at 11:00 AM. Alex will handle this.

Thank you.

Ashleigh Harris Simmons
Paralegal
County of Augusta
Commonwealth's Attorney's Office
Phone: 540.245.5313 ext. 109
Email: asimmons@co.augusta.va.us


This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "G"

| From: | Dave Bourne |
|-------|-------------|
| To: | tmartin@co.augusta.va.us |
| Subject: | Nexus |
| Date: | Wednesday, February 10, 2016 10:04:19 PM |
| Attachments: | RECOGNIZANCE |
| | RECOGNIZANCE █████████████ |
| | RECOGNIZANCE |
| | RECOGNIZANCE ███████████████ |
| | RECOGNIZANCE |
| | BAIL AGENT - ZIMMERMANS BONDING.pdf |

Tim,

Below are several links about Nexus. As I said the President is Michael Donovan and the Executive Vice President is Richard Moore. Both are convicted felons multiple times and they are running a scam on the communities of Harrisonburg, Rockingham, Staunton, Waynesboro and Augusta County and I fear that other locations are soon to come. You will not see Donovan or Moor's name and title anywhere but you will hear Donovan identify himself and his title. Moore is out of sight but he is still the Executive VP. I would prefer that you get the criminal history stuff from Don Moran at ACSO 540-457-9928. I printed all the dispositions but I'm sure the most accurate records are what he pulled. Make sure you take an hour and watch the 2 episodes of Breaking Through at the bottom of the list. That will give you a clear picture of what they are trying to achieve. Keep in mind when you are watching that these are con men and wicked smart. They make themselves out to be pillars of the community with all of the stuff they give away but read the fine print. One question to ask is, where does the money come from? How does a business stay alive with all the money going out?

Attached are the bonds that I know of that they posted for free. One of the ██████ bonds was posted with 2,000 cash. The Chief Governmental Affairs Officer for Nexus Services, Richard Nagel, posted all the bonds, with the exception of ██████ and ██████, through a bonding company out of Northern Virginia Called **BRIAN COLE BAIL BONDS.** They write corporate surety on Financial Casualty & Surety paper and they do this with immigration bail throughout the country. David Wayne Schneider, owner of Zimmerman's Bail Bonds out of Chesterfield, came in and posted for ██████ and ██████.

My understanding is that the bondsmen just roll in post the bail and leave. They don't get vital information from the client in case they need to find them and they don't get family members to sign for them. They just post and go. That leaves the community in a vicarious situation. Keep in mind that convicted felons are not eligible to be licensed bail agents and that is exactly what they are trying to be and they want to supervise the defendants through electric monitors. They will use free bail as the hook with an agreement that the defendant wear and pay for an electronic monitor at $11.00 per day. The average life of most case is about 12 months. $11.00 per day X 365 is $4,015.00.  Please see my illustration below as compared to the bail bond itself. There is certainly a place for them in some cases but electronic monitors should only be used when it is mandated by the court. Otherwise it becomes a form of extortion by making the defendant pay $420.00 per month under the threat of being returned to jail.

**Bail Bond $500.00 @ $11.00 per day = $77.00 per week for 5 weeks (last payment $38.00) = $500.00.**

**Electric Monitor @ $11.00 per day = $77.00 per week for 52 weeks = $4,004.00 (52 weeks is average disposition**

**time)**

All my Best.

Dave

NEXUS PROFITING FROM IMMIGRANTS WITH ANKLE MONITOR

http://americasvoice.org/blog/profiting-from-immigrants-bail-bond-company-charges-420-a-month-for-a-gps-ankle-bracelet/

## NEXUS GIVES / HOME NOMINATION PROCESS

http://www.nexusgives.com/

CHRISTMAS GIVE AWAY PROGRAM

https://youtu.be/YtLzUZsRSu8

HOME GIVE AWAY

https://youtu.be/DrrQUsErsM0

## NEWS LEADER STORY OF NEXUS MOVING CORP HEADQUARTERS TO VERONA

http://www.newsleader.com/story/news/local/2015/04/28/nexus-move-augusta-county-mill-place-office-park/26515919/

## NEWS LEADER AD

http://www.newsleader.com/story/news/special-reports/2015/06/26/immigration-ministry-becomes-nationwide-business/29293751/?from=global&sessionKey=&autologin=

## NEXUS LEADERSHIP TEAM

http://www.librebynexus.com/#!our-leadership-team/ij7we

## NEXUS WEBSITE HOME

http://www.librebynexus.com/

Breaking Through Episode 1

http://www.whsv.com/content/misc/Breaking-Through-Episode-1-367381451.html

Breaking Through Episode 2

http://www.whsv.com/content/misc/Breaking-Through-Episode-2-367680461.html

David Wayne Schneider Busted

http://m.richmond.com/news/article_9db4f739-5e1d-5fab-b4ef-1aa4bc4a9a9d.html?mode=jqm

*David L. Bourne*

David L. Bourne, General Agent

(Office) 540-886-5447 (Mobile) ████████

(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "H"

**From:** Ketcham, Tami J
**To:** Don Moran
**Subject:** FW: Subjects of interest ███████
**Date:** Tuesday, February 09, 2016 5:12:53 PM

███████████

**From:** Ketcham, Tami J
**Sent:** Tuesday, February 09, 2016 5:07 PM
**To:** Don Moran
**Subject:** Subjects of interest

Don,

It was great meeting you today.  I reviewed all of the information you gave me and created the attached subject of interest sheet.  Password to open will be sent in email to follow.  Please take a look and see if I left anything off or recorded anything incorrectly.  We will start doing work ups of all these people/companies and see what we can find to help us determine whether or not we have a viable case.  I have been able to confirm that the employee accused of embezzlement by NEXUS is here illegally and it appears he did not have authorization to be employed.

Tami J. Ketcham
HSI Special Agent
263 Neff Avenue, Harrisonburg, VA
Office Phone-540-432-2358X2227
Fax-540-432-3392

# EXHIBIT "I"

| | |
|---|---|
| **From:** | Dave Bourne |
| **To:** | tmartin@co.augusta.va.us |
| **Subject:** | Nexus |
| **Date:** | Monday, February 15, 2016 7:18:05 PM |

BREAKING THROUGH EPISODE 3. Looks like they're going after MRRJ over the next 3 weeks.

http://www.whsv.com/content/misc/Breaking-Through-Episode-3-368605701.html


David L. Bourne, General Agent
1-800-FOR-BAIL.com
(Office) 540-886-5447
(Mobile) ███████████
(Facsimile) 540-886-5449

The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, disseminatin, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "J"

**From:**     Dave Bourne
**To:**       jalee@co.augusta.va.us
**Subject:**  NEXUS
**Date:**     Monday, February 15, 2016 5:28:40 PM

Dear Jack,

Please see the links below.

Breaking Through Episode 3
http://www.whsv.com/content/misc/Breaking-Through-Episode-3-368605701.html
-
-
DONAVAN – CARMAX
http://wtvr.com/2015/06/09/dozens-paid-to-protest-outside-of-carmax/


Best,

*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ███████
(Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "K"

| | |
|---|---|
| **From:** | Jack Lee |
| **To:** | Steve Owen |
| **Subject:** | Fwd: NEXUS |
| **Date:** | Monday, February 15, 2016 9:17:52 PM |
| **Attachments:** | image002.jpg |

Hey Boss,

When you get a chance and a little time watch the 3 episodes attached. This group needs to be watched closely. They could be recklessly dangerous to the whole criminal justice system.

Jlee

Sent from my iPad

Begin forwarded message:

> **From:** Dave Bourne <dave@1800forbail.com>
> **Date:** February 15, 2016 at 5:27:45 PM EST
> **To:** <jalee@co.augusta.va.us>
> **Subject: NEXUS**

Dear Jack,

Please see the links below.

Breaking Through Episode 3
http://www.whsv.com/content/misc/Breaking-Through-Episode-3-368605701.html
-
-
DONAVAN – CARMAX
http://wtvr.com/2015/06/09/dozens-paid-to-protest-outside-of-carmax/

Best,

*David L. Bourne*

David L. Bourne, General Agent
(Office) 540-886-5447 (Mobile) ███████
(Facsimile) 540-886-5449

The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "L"

| | |
|---|---|
| **From:** | Jack Lee |
| **To:** | Eric Young; Lori Nicholson; Faye McCauley; Amber Hostetter; John Lilly; Bob Moubray; Tony Heflin |
| **Subject:** | Fwd: NEXUS |
| **Date:** | Monday, February 15, 2016 8:57:06 PM |
| **Attachments:** | image002.jpg |

Watch all three episodes.

Sent from my iPad

Begin forwarded message:

> **From:** Dave Bourne <dave@1800forbail.com>
> **Date:** February 15, 2016 at 5:27:45 PM EST
> **To:** <jalee@co.augusta.va.us>
> **Subject: NEXUS**
>
>
>
> Dear Jack,
>
> Please see the links below.
>
> Breaking Through Episode 3
> http://www.whsv.com/content/misc/Breaking-Through-Episode-3-368605701.html
> -
> -
> DONAVAN – CARMAX
> http://wtvr.com/2015/06/09/dozens-paid-to-protest-outside-of-carmax/
>
>
> Best,
>
> *David L. Bourne*
> David L. Bourne, General Agent
> (Office) 540-886-5447 (Mobile) ████████
> (Facsimile) 540-886-5449



The information contained in this transmission is privileged and confidential.  It is intended for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

# EXHIBIT "M"

| | |
|---|---|
| **From:** | Mike Roane |
| **To:** | donald.moran@ic.fbi.gov |
| **Cc:** | Donald Smith; William Spence |
| **Subject:** | Document1 |
| **Date:** | Thursday, February 25, 2016 12:16:51 PM |
| **Attachments:** | Document1.docx |

Events of 2-25-16.



Michael Roane

Investigation's Division

Augusta County Sheriff's Office

540-245-5333

Events of 2-25-16


Inv. M. C. Roane


On 2-25-16 CWA Tim Martin contacted me via phone at approximately 0825 hours.  He said that he was preparing for a bond review in the case of Commonwealth VS. D██.  The bond hearing was set for Augusta County Circuit Court at 0900 hours.  I am currently working the alleged rape case where D█ has been charged.  There was one previous bond hearing, where bond was denied.  This is the final review of bond in the local court system.  I told Tim that I would appear and observe the case even though I was not expected to be called as a witness.  I arrived at the court house at approximately 0900 hours.  As I entered the upstairs portion of the building, I observed several (approximately 15-20) Hispanic decent persons waiting directly outside of the court room.  I entered the room and was positioned in the front row.  A few minutes later, the proceedings began.  All of the persons that were waiting outside, appeared in the courtroom and took a seat on the left side of the gallery.  Eventually I repositioned myself and was now seated on the right side.


I am vaguely familiar with the case that Inv. Moran is involved with regarding the Nexus Company.  This is the same company that has employed D██s' attorney.  Based on my limited knowledge, I took several photographs of the persons in the courtroom and forwarded them via text to Inv. Moran.  We exchanged a few text messages.  Inv. Moran encouraged me to take as many photographs as possible to assist in his investigation.  I then contacted Lt. Leveck via text and requested that he and other Investigators respond to the Wharf parking lot in a covert manner.  I requested that they observe the group and photograph vehicles and tags to assist Inv. Moran.  The bond hearing lasted approximately 2 hours, with the Judge remanding D██ to be held without bond.  I then left the courtroom and exited the building.  As I left the building I heard a male's voice call for me.  I turned around and noticed a middle aged male dressed in a suit approaching me.  I had previously noticed him in the courtroom seated with the rest of the group.  The male asked for my name.  I responded by asking him, who wanted to know.  He then explained that he was a private investigator for the defense.  I responded by saying that I wasn't going to give him my name.  He then asked me if I was involved in the case.  I told him that I was not going to speak with him.  He then responded by saying it was worth a try and requested to speak to me at some point and time.  I then told him again that I did not wish to speak to him and promptly walked away.  I then went into the building across the street and photographed the male that I had just encountered.  I called Inv. Moran via phone and explained what had just occurred.  He asked that I write a Word Doc explaining my interactions.  He also asked that I brief the Sheriff on the interaction.  I promptly responded to the office and met with Captain Spence.  Sheriff Smith was in a meeting so Capt. Spence was briefed.  I completed this Word Doc and forwarded it to Inv. Moran via email.  The photographs taken by myself and Lt. Leveck will also be forwarded to Inv. Moran.

# EXHIBIT "N"

| | |
|---|---|
| **From:** | Timothy Martin |
| **To:** | Debbie Walker |
| **Subject:** | Re: D███ Bond Hearing Today |
| **Date:** | Thursday, February 25, 2016 1:22:22 PM |

Thank you so very much for this. It means an awful lot to me. I really can't stand these people and have no clue where the money comes from. It's weird.

Sent from my iPhone

On Feb 25, 2016, at 1:16 PM, Debbie Walker <WalkerDM@ci.staunton.va.us> wrote:

> GOOD JOB today!!!  I was proud and confident having you represent the County in the Nexus dog and pony show/fight.
> Your question to the doctor about her compensation appeared to startle the defense "team". Her answers were interesting, too!
> Glad you're in that office!
>
> *Debbie Walker*
> *Pretrial Program Manager*
>
> Blue Ridge Court Services
> White Star Mill Building
> 120 S. New Street
> Staunton, VA  24401
> 540-886-1008, ext. 4202

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "O"

**From:**      Timothy Martin
**To:**        Don Moran
**Subject:**   Fwd: appointment
**Date:**      Monday, March 07, 2016 2:58:49 PM

FYI.  Thoughts?  I have told Patty she can feel free to schedule this sort of thing, but I am not at all interested in meeting this guy.

Sent from my iPad

Begin forwarded message:

> **From:** Patty Campbell <pcampbell@co.augusta.va.us>
> **Date:** March 7, 2016 at 2:52:19 PM EST
> **To:** Timothy Martin <tmartin@co.augusta.va.us>
> **Subject: appointment**
>
>
> Tim,
> Rick Nagel from Nexus Services in Verona called and scheduled a meet and greet with
> you for tomorrow morning @ 9:30.  Nothing specific, just wanted to meet and let you
> know about services (I believe they work with immigrants).  His # is ███████████

# EXHIBIT "P"

| | |
|---|---|
| **From:** | Moran, Donald L. (RH) (FBI) |
| **To:** | Donald Smith |
| **Subject:** | Report |
| **Date:** | Monday, March 07, 2016 9:38:08 AM |

Hey, Can you do a report for the Event when Nexus came to the office to talk about Don Moran. Thanks, I know your busy. We are going to the US Attorneys office in Roanoke tomorrow to discuss this case. Hopefully we will get good news. I'll keep you posted.

Thanks Don.

# EXHIBIT "Q"

| | |
|---|---|
| **From:** | Joy Mauzy |
| **To:** | MDONOVAN@NEXUSHELPS.COM |
| **Subject:** | BUSINESS LICENSES |
| **Date:** | Monday, March 07, 2016 4:09:39 PM |
| **Attachments:** | image001.png |
| | Scan from a Xerox WorkCentre (58.5 KB).msg |

Good Afternoon Mike,
I would like to thank you again for meeting with us today and allowing a walk-through of your beautiful facility.

I have attached the bills from the Treasurer's office for Libre By Nexus, Inc, Entertainment by Nexus, Inc, Nexus Properties, LLC and Nexus Services, Inc.  These are the only ones that had balances due on them.  The other business licenses will have no amount due, so I will get those issued soon. Once these are all paid, you will receive the actual business license showing gross receipts and total tax.

Let me know if you have any questions.  Thank you again and we are so happy to have Nexus in Augusta County!!



Joy Mauzy, MDCR
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540.245-5179 fax

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "R"

| | |
|---|---|
| **From:** | Gene R. Ergenbright |
| **To:** | Joy Mauzy |
| **Subject:** | RE: Hey |
| **Date:** | Tuesday, March 08, 2016 3:00:57 PM |
| **Attachments:** | image003.png |

Give me a minute and I will log into Augusta and get it for you. If he's in El Salvador I want to be in Alaska.

<span style="color:green">**From the desk of Ray Ergenbright**</span>
Business Auditor, City of Harrisonburg

**From:** Joy Mauzy [mailto:jmauzy@co.augusta.va.us]
**Sent:** Tuesday, March 08, 2016 3:00 PM
**To:** Gene R. Ergenbright
**Subject:** RE: Hey

I did check the folder Meany!  There was only my original spreadsheet in it!

Fine, but you might want to consider El Salvador and I know someone you can go with!!!!





**Joy Mauzy, MDCR**
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540.245.5179 fax

**From:** Gene R. Ergenbright [mailto:Ray.Ergenbright@harrisonburgva.gov]
**Sent:** Tuesday, March 08, 2016 2:54 PM
**To:** Joy Mauzy <jmauzy@co.augusta.va.us>
**Subject:** RE: Hey

Ok, you mean person, check the folder. **There should be one named ???(Revised) it think**.

You didn't ask me very nicely and my feelings are hurt and I think I need to let you know that right up front. Now straighten up or I will retire and move to Pakistan. And I will TAKE MY BUSINESS with me and Augusta County will have to close its doors! And you and Larry will have to tax each other !!



From the desk of Ray Ergenbright
Business Auditor, City of Harrisonburg

**From:** Joy Mauzy [mailto:jmauzy@co.augusta.va.us]
**Sent:** Tuesday, March 08, 2016 2:48 PM
**To:** Gene R. Ergenbright
**Subject:** RE: Hey

You sent me the Nexus letter but not  !



**Joy Mauzy, MDCR**
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540-245-5179 fax

**From:** Gene R. Ergenbright [mailto:Ray.Ergenbright@harrisonburgva.gov]
**Sent:** Tuesday, March 08, 2016 2:43 PM
**To:** Joy Mauzy <jmauzy@co.augusta.va.us>
**Subject:** RE: Hey

MEANY!

From the desk of Ray Ergenbright
Business Auditor, City of Harrisonburg

**From:** Joy Mauzy [mailto:jmauzy@co.augusta.va.us]
**Sent:** Tuesday, March 08, 2016 2:42 PM
**To:** Ray Ergenbright; Gene R. Ergenbright
**Subject:** Hey

Did you get the spreadsheet for  finished?



## Joy Mauzy, MDCR
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540.245-5179 fax

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies. Thank you. County of Augusta.

# EXHIBIT "S"

**IIINEXUS**
SERVICES

Mike Donovan
President/CEO
Nexus Services Inc.
113 Mill Place Pkwy
Suite 103
Verona, VA 24482

W Jean Shrewsbury
Commissioner of the Revenue
Augusta County Government Center
PO Box 959
Verona, VA 24482-0959

May 16, 2016

Dear Ms. Shrewsbury;

Our company received a response to a FOIA request, filed on April 6, 2016. The FOIA requested copies of all emails and correspondence containing the names of our companies or our executive team. Several of the emails turned over in the county's FOIA response were from your office.

I am attaching a few of the emails to this letter. As you can see, the emails reference Nexus and specifically one or two people who have recently traveled to El Salvador. The two members of my team who shared these travel details to you and your team were Gordon Turner and Richard Moore.

The emails in question are between "Ray Ergenbright" and "Joy Mauzy". The emails include images of "Adolf Hitler emojis" while simultaneously making fun of an African American member of my leadership team and an openly gay member of my leadership team.

You are a constitutional officer. Your actions toward our company have been openly hostile and inconsistent with your duties as the Commissioner of the Revenue. The open hostility and hate rhetoric used by your staff is an example and manifestation of your unprofessionalism and your vile sense of unchecked power and abuse of the power of your office. The emails I have seen from your office literally make me sick, and I do not believe I can continue to work with you in good faith. I simply doubt your fairness and I will not work with people who would allow their employees to glorify a mass killer of minorities. It should be noted that the emoji used was traced to a white supremacist hate site.

I will be adjusting our revenue estimates based upon the information you sent me, and I will file those estimates and pay any outstanding bpol tax on them by June 1, 2016. At that point I will cease cooperation with your agency and I will

retain all legal remedies at my disposal to keep your office from violating the civil rights of my employees and our clients.

I humbly, and without expectation that you'll do the right thing, make the following requests:

- You should dismiss Joy Mauzy from her position with your office.
- You should dismiss Ray Ergenbright from his part time position with your office.
- You should resign.

I do not believe you will do what is right, but I hope I am wrong. Please remind your staff that emails are forever, and the next time they want to make fun of taxpayers (and use racist, anti-Semitic, and homophobic vitriol or images in emails), that there is a possibility that those persons they are attempting to bully and harass might just see those emails. Shame on you and your team Ms. Shrewsbury. I remain disgusted by your office.

Sincerely,

Mike Donovan

Cc:   Augusta County Board of Supervisors
      Amanda Glover, Economic Development
      Patrick Morgan, County Attorney, Augusta County
      Karen Rose, Commissioner of the Revenue, Harrisonburg City
      Honorable Christopher Jones, Mayor, Harrisonburg City

| | |
|---|---|
| **From:** | Gene R. Ergenbright |
| **To:** | Joy Mauzy |
| **Subject:** | RE: Hey |
| **Date:** | Tuesday, March 08, 2016 3:00:57 PM |
| **Attachments:** | image003.png |

Give me a minute and I will log into Augusta and get it for you. If he's in El Salvador I want to be in Alaska.

---

From the desk of Ray Ergenbright
Business Auditor, City of Harrisonburg

**From:** Joy Mauzy [mailto:jmauzy@co.augusta.va.us]
**Sent:** Tuesday, March 08, 2016 3:00 PM
**To:** Gene R. Ergenbright
**Subject:** RE: Hey

I did check the folder Meany!  There was only my original spreadsheet in it!

Fine, but you might want to consider El Salvador and I know someone you can go with!!!!





**Joy Mauzy, MDCR**
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540.245-5179 fax

**From:** Gene R. Ergenbright [mailto:Ray.Ergenbright@harrisonburgva.gov]
**Sent:** Tuesday, March 08, 2016 2:54 PM
**To:** Joy Mauzy <jmauzy@co.augusta.va.us>
**Subject:** RE: Hey

Ok, you mean person, check the folder. ***There should be one named ???(Revised) it think.***

You didn't ask me very nicely and my feelings are hurt and I think I need to let you know that right up front. Now straighten up or I will retire and move to Pakistan. And I will TAKE MY BUSINESS with me and Augusta County will have to close its doors! And you and Larry will have to tax each other !!



From the desk of Ray Ergenbright
Business Auditor, City of Harrisonburg

**From:** Joy Mauzy [mailto:jmauzy@co.augusta.va.us]
**Sent:** Tuesday, March 08, 2016 2:48 PM
**To:** Gene R. Ergenbright
**Subject:** RE: Hey

You sent me the Nexus letter but not !



**Joy Mauzy, MDCR**
Tax Auditor
jmauzy@co.augusta.va.us
Augusta County Government Center
P.O. Box 959
Verona, VA  24482
540.245.5640 phone
540.245.5129 fax

**From:** Gene R. Ergenbright [mailto:Ray.Ergenbright@harrisonburgva.gov]
**Sent:** Tuesday, March 08, 2016 2:43 PM
**To:** Joy Mauzy <jmauzy@co.augusta.va.us>
**Subject:** RE: Hey

MEANY!

# EXHIBIT "T"



**OFFICE OF THE COUNTY ATTORNEY**
County of Augusta, Virginia
18 Government Center Lane, P. O. Box 590
Verona, Virginia 24482-0590
(540) 245-5017 (Voice)
(540) 245-5096 (Fax)

Patrick J. Morgan
County Attorney
pmorgan@co.augusta.va.us

May 18, 2016

David B. Briggman                    3846060
Director of Special Projects
Nexus Services
113 Mill Place Parkway, Suite 103
Verona, VA  24482

        RE:    FOIA Request of April 6, 2016

Dear Mr. Briggman:

        In response to your FOIA request for documents with the terms Nexus, Michael
Donovan, Richard Moore, Evin Ajin, or Gordon Turner, I sent the attached e-mail that said a
flash drive with 104 documents was prepared for you to pick up.  It has been discovered that the
flash drive you obtained contained more than the 104 documents that met the criteria you and I
discussed.  The release of the additional documents was inadvertent and was not intended to be
part of the County's response.  Some of the additional documents contain confidential taxpayer
information and it is a violation of Virginia Code Section 58.1-3 for you to possess it.  For that
reason, it is asked that you return the flash drive and destroy any copies of it you may have
made.  In return, the County will issue you a new response with only those documents you are
legally entitled to.

        I thank you for your cooperation in this matter.

                          [Signature Page Below]

Sincerely,



Patrick J. Morgan
County Attorney

PJM/cs
Enclosure

STATE OF VIRGINIA
COUNTY OF AUGUSTA

    The foregoing instrument was acknowledged before me this 18th day of May 2016 by Patrick J. Morgan, County Attorney.

Notary Public

My Commission Expires: October 31, 2017