IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **NEXUS SERVICES, INC., ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civ. Action No. **5:16CV00035** |
| ) | |
| **DONALD LEE MORAN, ET AL.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS SHREWSBURY AND ERGENBRIGHT**

Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiffs hereby announce to the Court that they are voluntarily dismissing Defendants Shrewsbury and Ergenbright from this action. Plaintiffs dismiss these defendants as there is another matter currently pending in the Circuit Court for the County of Augusta, Virginia, which relates to the allegations regarding the Tax Commissioner and her offices' actions taken with respect to Plaintiff Nexus Services, Inc., in the instant matter. In the interest of judicial economy, Plaintiffs will pursue their rights with respect to the actions of the tax officials in said state court action.

Respectfully submitted this 30th day of January, 2017.

                              NEXUS SERVICES, INC., MICHEAL
                              DONOVAN and RICHARD MOORE

                              **TUCKER GRIFFIN BARNES, P.C.**
                              By */s/ André A. Hakes*
                              André A. Hakes (VSB# 40358)
                              TUCKER GRIFFIN BARNES, P.C.
                              307 West Rio Road
                              Charlottesville, VA 22901
                              T: (434) 951-0867; F: (434) 951-0884
                              ahakes@tgblaw.com
                              *Counsel for Plaintiffs*

**GORBY, PETERS & ASSOCIATES, LLC**
By */s/ Mary Donne Peters*
Michael J. Gorby (GA Bar #: 301950 PHV)
Mary Donne Peters (GA Bar #: 573395 PHV)
Amy C. M. Burns (GA Bar #: 425851 PHV)
Two Ravinia Drive, Suite 1500
Atlanta, Georgia 30346-2104
T: (404) 239-1150; F: (404) 239-1179
mgorby@gorbypeters.com
mpeters@gorbypeters.com
aburns@gorbypeters.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2017, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SHREWSBURY AND ERGENBRIGHT with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to:

>Rosalie Pemberton Fessier, Esq.
>TIMBERLAKE, SMITH,
>THOMAS & MOSES, P. C.
>25 North Central Avenue
>P. O. Box 108
>Staunton, VA 24402-0108
>Fessier@tstm.com
>*Counsel for Defendant Wanda Jean Shrewsbury*

>Carlene Booth Johnson, Esq.
>PERRY LAW FIRM, P.C.
>262 Chellowe Road
>Dillwyn, VA 23936
>perrylawfirm@hughes.net
>*Counsel for Defendants Donald Smith, Donald Moran and Michael Roane*

>Brian J. Brydges, Esq.
>JOHNSON, AYERS & MATTHEWS, P.L.C.
>P. O. Box 2200
>Roanoke, VA 24009
>bbrydges@jamlaw.net
>*Counsel for Defendant Gene R. Ergenbright*

>Thomas B. Weidner, Esq.
>Thomas Weidner IV, PLLC
>1756 Jefferson Highway
>Fishersville, Virginia 22939
>tw@tomweidner.com
>*Counsel for Defendant David L. Bourne*

This 30th day of January, 2017.

>By */s/ André A. Hakes*
>André A. Hakes (VSB# 40358)
>By */s/ Mary Donne Peters*
>Mary Donne Peters (GA Bar #: 573395 PHV)

3