# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| NEXUS SERVICES, INC., ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. <u>5:16CV00035</u> |
| DONALD LEE MORAN, ET AL., | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs Nexus Services, Inc., Micheal Donovan and Richard Moore and pursuant to FRCP Rule 41 (a)(1) hereby dismiss this Action against all Defendants.

Respectfully submitted this the 27th day of March, 2017.

    NEXUS SERVICES, INC., MICHEAL
    DONOVAN and RICHARD MOORE

    **TUCKER GRIFFIN BARNES, P.C.**
    By <u>/s/ André A. Hakes</u>
    André A. Hakes (VSB# 40358)
    TUCKER GRIFFIN BARNES, P.C.
    307 West Rio Road
    Charlottesville, VA 22901
    T: (434) 951-0867; F: (434) 951-0884
    ahakes@tgblaw.com
    *Counsel for Plaintiffs*

    **GORBY, PETERS & ASSOCIATES, LLC**
    By <u>/s/ Mary Donne Peters</u>
    Michael J. Gorby (GA Bar #: 301950 PHV)
    Mary Donne Peters (GA Bar #: 573395 PHV)
    Amy C. M. Burns (GA Bar #: 425851 PHV)
    Two Ravinia Drive, Suite 1500
    Atlanta, Georgia 30346-2104
    T: (404) 239-1150; F: (404) 239-1179
    mgorby@gorbypeters.com

mpeters@gorbypeters.com
aburns@gorbypeters.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on March 27, 2017, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to:

    Carlene Booth Johnson, Esq.
    PERRY LAW FIRM, P.C.
    262 Chellowe Road
    Dillwyn, VA 23936
    perrylawfirm@hughes.net
    *Counsel for Defendants Donald Smith, Donald Moran and Michael Roane*

    Thomas B. Weidner, Esq.
    Thomas Weidner IV, PLLC
    1756 Jefferson Highway
    Fishersville, Virginia 22939
    tw@tomweidner.com
    *Counsel for Defendant David L. Bourne*

    This 27th day of March, 2017.

    By */s/ André A. Hakes*
    André A. Hakes (VSB# 40358)
    By */s/ Mary Donne Peters*
    Mary Donne Peters (GA Bar #: 573395 PHV)